**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | No. 09CV07053 |
| vs. | ) ) ) | JUDGE CASTILLO |
| SANYO ELECTRIC CO., LTD., a Japanese Corporation; SANYO NORTH AMERICA CORPORATION, a Delaware Corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, HELFERICH PATENT LICENSING L.L.C., having settled this matter with the above Defendants, hereby dismisses with prejudice all claims asserted by Plaintiff against all Defendants, SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA CORPORATION, pursuant to F.R.Civ.P. 41(a)(1), each party to bear its own costs, expenses, and attorneys fees.

RESPECTFULLY SUBMITTED this 18th day of January, 2010.

                                          Timothy D. Sperling

                                  By: */s/ Timothy D. Sperling*
                                          Timothy D. Sperling
                                          Attorney for Plaintiff

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Timothy Sperling (Ill. State Bar # 6283854)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357


Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Tel.:  (480) 998-3547
Fax:  (480) 596-7956